FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 12, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARIO M.,[1] | |
|     Plaintiff, | No. 1:25-CV-03076-SAB |
|     v. | |
| COMMISSIONER OF SOCIAL SECURITY, | **ORDER GRANTING STIPULATED REMAND** |
|     Defendant. | |

Before the Court is the parties' Stipulated Motion For Remand, ECF No. 13. Plaintiff is represented by D. James Tree. Defendant is represented by Shata Stucky, L. Jamala Edwards and Brian Donovan.

The parties stipulate and agreed that the above-captioned case be reversed and remanded to the Commissioner of Social Security for further proceedings, in accordance with sentence four of 42 U.S.C. § 405(g).

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion For Remand, ECF No. 13, is **GRANTED**.

2. The decision of the Commissioner is reversed and remanded. On remand,

---

[1] Pursuant to the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States, Plaintiff's name is partially redacted.

**ORDER GRANTING STIPULATED REMAND** ~ 1

the Administrative Law Judge should offer Plaintiff the opportunity for a hearing; further consider the medical source opinions and prior administrative medical findings pursuant to the provisions of 20 C.F.R. §§ 404.1520c, 416.920c; take any other action necessary to complete the administrative record; and issue a new decision.

3.  After judgment, Plaintiff may be entitled to reasonable attorney fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), upon proper request to this Court.

4.  The Clerk of Court is directed to enter judgment in favor of Plaintiff and against Defendant.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to file this Order, provide copies to counsel and close the file.

**DATED** this 12th day of November 2025.



_____
Stan Bastian
Chief United States District Judge

**ORDER GRANTING STIPULATED REMAND** ~ 2